

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta**
**Program Office**
500 West Lanier Ave.
Suite 908
Fayetteville, GA 30214
*Tel:* 470.878.0785

**Chicago**
**Regional Office**
100 North LaSalle St.
Suite 1900
Chicago, IL 60602
*Tel:* 312.427.0701
*Fax:* 312.588.0782

**Los Angeles**
**Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento**
**Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio**
**Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.**
**Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

**VIA CM/ECF**

August 27, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals
for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3409

RE: *LULAC, et al. v. Abbott, et. al.* (Nos. 24-50449 and 24-50128)

Dear Mr. Cayce:

Pursuant to 5th Circuit Rule 31.4, Appellants League of United Latin American Citizens, *et al*. request a Level 1 extension of 10 days to file their appellants' briefs in *LULAC v. Abbott*, No. 24-50449 (consolidated with 24-50128).

Appellants' opening brief is currently due August 27, 2024. With the requested extension, the brief for Appellants LULAC, *et al*. would be due September 6, 2024.

Appellants have good cause to request the extension close to the deadline. Yesterday, counsel for Appellants contacted the 5th Circuit Clerk's office to confirm how they would cite to portions of the district court record that were filed under seal pursuant to the order of the district court. The Clerk's office advised Appellants' counsel to file a Motion to View and Obtain Sealed Portions of the Record, and Appellants filed that motion yesterday.

To allow sufficient time for this Court to rule on Appellants' Motion to View and Obtain, and for Appellants to include the appropriate record cites in their opening brief, Appellants respectfully request an extension of 10 days, to September 6, 2024.

Counsel for Appellants conferred with counsel for Appellees regarding the above request and counsel for Appellees indicated that they do not oppose this request.

Sincerely,

*Nina Perales*

Nina Perales
Vice President of Litigation

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the 5th Circuit by using the appellate CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Nina Perales*
Nina Perales