# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50128   LULAC v. Abbott
                       USDC No. 3:21-CV-259
                       USDC No. 3:21-CV-299

Consolidated with:
   No. 24-50449   LULAC v. Abbott
                       USDC No. 3:21-CV-259

The court has granted an extension of time to and including November 27, 2024 for filing appellees' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Frank H Chang
Mr. Daniel Joshua Freeman
Ms. Katherine Elmlinger Lamm
Ms. Taylor A.R. Meehan
Ms. Nina Perales
Ms. Lanora Christine Pettit
Ms. Bonnie Ilene Robin-Vergeer
Mr. Patrick Strawbridge