

**U.S. Department of Justice**

Civil Rights Division

---

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC  20044-4403*

February 14, 2025

**VIA CM/ECF**

Lyle W. Cayce
United States Court of Appeals
  for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

    Re:  *League of United Latin American Citizens v. Abbott*,
        Nos. 24-50128, 24-50449 (5th Cir.)

Dear Mr. Cayce:

    I am writing to withdraw Bonnie I. Robin-Vergeer as counsel of record in the above-captioned case.  Effective February 12, 2025, Ms. Robin-Vergeer is not working in the Civil Rights Division of the Department of Justice.

    The United States will continue to be represented in this appeal by undersigned counsel Katherine E. Lamm.

                                     Sincerely,

                               s/ Katherine E. Lamm
                               Katherine E. Lamm
                                     Attorney
                                 Appellate Section
                               Civil Rights Division
                        Katherine.Lamm@usdoj.gov
                                 202-616-2810